**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                      CASE NO. 3:11cr69-MCR

RANDOLPH BRANHAM

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  December 4, 2012
Motion/Pleadings:  GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT RANDOLPH BRANHAM
Filed by  Government   on  12/04/2012   Doc.#  310
RESPONSES:
                                    on         Doc.#
                                    on         Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
  X   Unopposed   \_\_\_\_\_ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                 Deputy Clerk: Susan Simms

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 4th day of December, 2012, that:*

*The relief requested is GRANTED.*

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*